MAY 1 2025 PM1:39
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT CONNECTICUT BRIDGEPORT

**CLAYTON SAMUEL WILSON**        CASE NO:
    **Plaintiff**

**VS**

                                                     **COMPLAINT**

**Experian**
    **Defendant**

Re: Complaint Against Experian for False Reporting of Child Support Information

To the Honorable Judge of the U.S District Court,

I, CLAYTON SAMUEL WILSON, hereby submit this complaint against Experian for falsely reporting child support information on my credit report, resulting in significant harm to my family and me.

1. Introduction

I am a resident of Connecticut and have been a victim of the Defendant's negligent and reckless actions. The Defendant is a credit reporting agency that collects and maintains consumer credit information. Despite my timely payments of child support, the Defendant has falsely reported late payments on my credit report.

2. Factual Background

On 3/12/2025, I discovered that the Defendant had reported false information on my credit report, indicating that I had made late child support payments. This information was entirely inaccurate, as I have consistently made all child support payments on time. I have attached a copy of my payment records to this complaint, which demonstrate my timely payments.

3. Harm Caused by Defendant's Actions

The Defendant's false reporting of child support information has caused me and my family significant harm. As a result of the incorrect information on my credit report, I

have been denied credit applications for essential necessities, including a car and a home. This has resulted in undue hardship and stress for my family, and I hold the Defendant responsible for these consequences.

This alleged child support owed to the mother was not a credit transaction, and the mother was not a creditor of the father within the meaning of as defined by 15 USC 1691 a (d)-(e). Agency Failed to provide evidence requested certified mail in affidavit of fact requesting a valid signed contract of this debt from a court order in pursuance to 28 USC 1691. This is a clear act of violation of the FCRA, as even when ask to show evidence it was ignored and continued to be reported with no evidence. Transunion has violated my constitutional rights by reporting false information that I never gave consent to obtain, this private company has obtained my personal information and illegally sales it to other companies upon financial gain without my consent this is a malicious act of misconduct that must be stopped.

4. Claims for Relief

I bring this complaint against the Defendant for the following claims:

* Negligent reporting of false information on my credit report

* Invasion of my privacy and interference with my creditworthiness

* Emotional distress and hardship caused by the Defendant's actions

5. Relief Requested

I request that the Court grant me the following relief:

* Order the Defendant to immediately correct my credit report to reflect accurate information

* Award me compensatory damages for the harm caused by the Defendant's actions

* Award me punitive damages for the Defendant's reckless and negligent behavior

* Enjoin the Defendant from further reporting false information on my credit report

6. Conclusion

In conclusion, I urge the Court to take immediate action to address the harm caused by the Defendant's false reporting of child support information on my credit report. I request a hearing on this matter and look forward to presenting my case to the Court.

Respectfully submitted

CLAYTON SAMUEL WILSON

5/1/25

111 Grandview Ave Bridgeport, Connecticut 06606